## Commonwealth *v.* Norman, Appellant.

Submitted January 5, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Albert Norman,* appellant, in propria persona.

*Arthur Ed. Saylor,* First Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, March 20, 1970:
This is an appeal from a denial of appellant's Post Conviction Hearing Act petition. Although there is no indication that counsel had been waived, appellant has submitted to us a *pro se* brief. Accordingly, this case is remanded to the trial court for the appointment of

counsel to properly prosecute this appeal, or for an acknowledgment by petitioner that he waives his right to the assistance of such counsel.